UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CYNTHIA BROWN,

                            Plaintiff,                    23-CV-05593 (DEH)(SN)

         -against-                                **ORDER**

ZETA CHARTER SCHOOL,

                            Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Plaintiff, proceeding *pro se*, filed her complaint on June 29, 2023. A summons was issued and delivered to the U.S. Marshals Service ("USMS") on August 4, 2023. To date, the USMS has not effectuated service on Defendant. The Court finds that there is good cause to extend the deadline for service. Fed. R. Civ. P. 4(m). Accordingly, the Clerk of Court is directed to issue an amended summons with an expiration date of December 18, 2023, and to deliver the amended summons to the USMS.

**SO ORDERED.**

                                                           SARAH NETBURN
                                                           United States Magistrate Judge

DATED:      October 18, 2023
                   New York, New York