```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
```

CYNTHIA BROWN,

                          **Plaintiff,**

      -against-

ZETA CHARTER SCHOOL,

                          **Defendant.**

```
------------------------------------------------------------X
```

23-CV-05593 (DEH)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/14/2023

**SARAH NETBURN, United States Magistrate Judge:**

      Defendant's response to Plaintiff's Complaint was due on November 6, 2023. To date, Defendant has not appeared or responded to Plaintiff's Complaint. Accordingly, Plaintiff is directed to seek an Order of Default from the Clerk of Court and to file a Motion for Default Judgment. In the alternative, Plaintiff may notify the Court if she has had any contact with Defendant. Plaintiff may wish to contact the NYLAG Legal Clinic at 212-659-6190 for assistance with this process.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                               United States Magistrate Judge

DATED:    November 14, 2023
               New York, New York