Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2024 OCT 22 PM 1:06

Cynthia Brown

Write the full name of each plaintiff or petitioner.

Case No. 23 cv 5593

-against-

Zeta charter School

Letter re: Recording my Case

talk to prinable nova

Write the full name of each defendant or respondent.

Yes I have talk to prinable Nova about my child getting and transfer out of that school different location of zeta charter School why do to Zeta charter School I felt like didn't want to help my child with nothing. Down to even her getting School elevations. I have spoken to prinable Nova many of time my child need the cleanup. So we can all under stend the help. You guys should able to help my child Soriah Brown prinabule Nova have staten to me Zeta charter school. giving my child. one will not

Oct 22 2024
Dated

C. B.
Signature

Cynthia Brown
Name

Prison Identification # (if available)

177 Willis Ave   Bronx   NY   10454
Address        City    State Zip Code

718 413 0972
Telephone Number (if available)

BrownCynThia607@gmail.com
E-mail Address (if available)

Do to ~~I just~~ don't belong there at all. They don't have time to help kids with there disabiltys. I have told ~~principle~~ Nava you can say that to my child got help ~~from~~. There The teacher was ~~try to my make~~ child feel uncomfortable they would sit my child desk on out of class Room they would singler school out of all the kid's from lessons She struggle to under stand ~~The teacher~~ would tell me principal Nava wants a meeting with me about my child Sarah Brown But when I come to meeting no one would show they would ~~try~~ to make me and my child ~~Uncomfortabel~~ so ~~I can~~ they can push us out of system how it seem to be. As time went pass it was one morning where it was crazy no worker was there to lead our kids to class. So I have stop to ask one question to a worker. I seen as me waiting to speak to the lady. Another parent takes my child from my side. Until ~~the~~ through walking through lobby with my child. I have stopped her my self that. If I havent Lord for bid my child could of got kidnapped. I have gotten it ~~back~~ with principle Nova at that time. Really my child almost ~~taken~~ off ~~school~~ School premises. It took principal Nova at them to review the school cameras. It took him a week to do that. Call my phone said nothing he can do Camera was Blurry to veiw he not gunna do anything.

and because I have stopped the person from taking my child no need to investigate that situation. I have came inside that school to speak other people about the situation. The security guard sat me in a room, Principal Nova came in room yelling at me telling me he spoke to mom already and that that noone can go see his head cost he appointed principal at that time. Being I had told him I am not leaving to. I speak to someone about my child. Principal Nova has then called the cops on me saying I trespassing and I wasn't my child was in class at that time. When police came I have left. To avoid any more problems from there my child was kicked out for no reason from Zeta charchter school. IS why I am asking well was asking for 150,000 for my child. Due to zeta charchter school has damaged my child she still depression over has taken a toll on her medical she has to do 4 times a week now dely my child from being on the level she needs and the help to get Someth Brew my child was she could of been further this day. I feel like zeta Charter school principal Nova said no to my child it has set back my child and her evaluations growth down to principal Nova putting my child out of school. My child can use that money for her medical bills.

Treatment for to help her get ahead. My child deserves justice for the thing she has went through with portable Nova at Zeta Charter School. She can always use the money for pay ~~childcare~~. The Damages Zeta Charter School portable Nova has put her through pain struggle night mare. From the Damages of my child we are now asking for $200,000 yes enough my child deserves it. She has now gotten the help she needs and that money would help her to get where she needs to be with therapy ~~together~~ and all. That they have taking from her. Delay her. So I ask you today to please help us to get justice for my 6 years old child that. I found out is special needs. Sorry if I have missed spelled I am trying my hardest as a single mom. Thank you