**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CYNTHIA BROWN,

                      Plaintiff,

    -against-                                  23 **CIVIL** 5593 (DEH)

                                                      **JUDGMENT**

ZETA CHARTER SCHOOL,

                      Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated June 12, 2025, Plaintiff's motion for leave to amend is **DENIED**; accordingly, the case is closed.

**Dated:**  New York, New York

        June 12, 2025

                                                          **TAMMI M. HELLWIG**

                                                              **Clerk of Court**

                            **BY:**

                                                                **Deputy Clerk**